Jason A. Reding Quiñones
United States Attorney
Joseph Egozi
Assistant United States Attorney
Joseph.Egozi@usdoj.gov
99 N.E. 4th Street
Miami, Fl. 33132
(305) 961-9001
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

IN THE MATTER OF:

Authorizing the United States Federal Air Marshal
Service and the Federal Bureau of Investigation to
Conditionally Release Certain Violators and
Offenders and to Set a Forfeiture of Collateral In Lieu
of Personal Appearance for Certain Violations of
United States Code in the Southern District of Florida

## APPLICATION

The United States of America, moving by and through Jason A. Reding Quiñones, United States Attorney, and Joseph Egozi, Assistant United States Attorney, respectfully requests the Court to enter the attached Order authorizing the United States Federal Air Marshal Service (FAMS) and the Federal Bureau of Investigation (FBI) (collectively, the "Agencies") to issue citations or violation notices for violations of the offenses enumerated in Exhibit A (FAMS) and Exhibit B (FBI); and approving the proposed forfeiture of collateral schedule as set forth in Exhibit A and Exhibit B. Further, the United States respectfully requests that the Court sign the two attached letters to the Central Violations Bureau (CVB) requesting for each of the Agencies the assignment of a location code, a four-character alphanumeric identifier on a citation or violation notice to identify the U.S. District Court and agency handling a petty offense on federal property.[1]

---

[1] "The Central Violations Bureau (CVB) is a national center charged with processing U.S. District Court Violation Notices (tickets) issued and payments received for offenses committed on federal

Each of these proposed violations enumerated in Exhibit A and Exhibit B are punishable by no greater than one year in prison and concern the Agencies' concurrent authority over enforcement of the criminal laws in federal airspace and at airports. The United States is proposing that the Agencies issue citations or violations notices in lieu of arrest for these enumerated violations, reserving the United States' discretion to authorize arrests for these violations when circumstances dictate more than a monetary penalty.

DATED this 12th day of May 2026.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

/s/ Joseph Egozi
Joseph Egozi
Assistant United States Attorney

_____
property, like national parks and military installations, or for violations of federal law that occur elsewhere." <https://www.cvb.uscourts.gov/>. Upon receiving a citation, violators can pay online at the CVB website. *See id.*

## EXHIBIT A: FEDERAL AIR MARSHAL SERVICE VIOLATIONS

| U.S. CODE | VIOLATION | FINE |
|---|---|---|
| 18 USC § 39B(a), (b), and (c)(1) | Unsafe operation of unmanned aircraft | $100-$500 |
| 18 USC § 111(a) | Assaulting, resisting, or impeding certain officers or employees (simple assault) | $100-$500 |
| 18 USC § 113(a)(4)–(5) | Assault and simple assault within territorial jurisdiction (special aircraft jurisdiction) | $100-$500 |
| 18 USC § 930(a) | Possession of a firearm and dangerous weapon in a federal facility | $100-$500 |
| 18 USC § 1028(b)(6) | Fraud and related activity in connection with identification documents | $100-$500 |
| 18 USC § 1036(a), (b)(2) | Entry by false pretenses to any real property, vessel, or aircraft of the United States or Secure Area of any airport or seaport | $100-$500 |
| 18 USC § 1752(a)(5) and (b)(2) | Unmanned aircraft system operation over Restricted Building or Grounds | $100-$500 |
| 49 USC § 46307 | Violation of National Defense Airspace | $100-$500 |
| 49 USC § 46313 | Refusing to appear or produce records | $100-$500 |
| 49 USC § 46314(a)-(b)(1) | Entering aircraft or airport in violation of security requirements. | $100-$500 |
| 49 USC § 46506 | Criminal acts on an aircraft | $100-$500 |

**EXHIBIT B: FEDERAL BUREAU OF INVESTIGATION VIOLATIONS**

| US CODE | VIOLATION | FINE |
|---|---|---|
| 18 USC § 654 | U.S. employee embezzling less than 1000.00 dollars | $100-$1000 |
| 18 USC § 39B(a), (b), and (c)(1) | Unsafe operation of unmanned aircraft | $100-$500 |
| 18 USC § 111(a) | Assaulting, resisting, or impeding certain officers or employees (simple assault) | $100-$500 |
| 18 USC § 113(a)(4)–(5) | Assault and simple assault within territorial jurisdiction (special aircraft jurisdiction) | $100-$500 |
| 18 USC § 930(a) | Possession of a firearm and dangerous weapon in a federal facility | $100-$500 |
| 18 USC § 1028(b)(6) | Fraud and related activity in connection with identification documents | $100-$500 |
| 18 USC § 1036(a), (b)(2) | Entry by false pretenses to any real property, vessel, or aircraft of the United States or Secure Area of any airport or seaport | $100-$500 |
| 18 USC § 1752(a)(5), (b)(2) | Unmanned aircraft system operation over Restricted Building or Grounds | $100-$500 |
| 49 USC § 46314(a)-(b)(1) | Entering aircraft or airport in violation of security requirements. | $100-$500 |
| 49 USC § 46506 | Criminal acts on an aircraft | $100-$500 |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN THE MATTER OF:

Authorizing the United States Federal Air Marshal Service to Conditionally Release Certain Violators and Offenders and to Set a Forfeiture of Collateral In Lieu of Personal Appearance for Certain Violations of United States Code in the Southern District of Florida

**[PROPOSED] ORDER**

This matter having come before the Court on the application by the United States Attorney's Office for the Southern District of Florida for an Order authorizing the United States Federal Air Marshal Service (FAMS) and the Federal Bureau of Investigation (FBI) (collectively, the "Agencies") to issue citations for violations of certain sections of the United States Code, and for good cause appearing therefore:

IT IS HEREBY ORDERED that FAMS and FBI are now authorized to issue citations or violation notices to any person whom they have probable cause to believe is guilty of violations of the enumerated offenses set forth in Exhibit A (FAMS) and Exhibit B (FBI).

IT IS FURTHER ORDERED the proposed forfeiture of collateral schedule for the enumerated offenses are approved by the Court as set forth in Exhibit A and Exhibit B.

IT IS FURTHER ORDERED that FAMS and FBI may use the location code designated by the Central Violations Bureau (CVB) for the Southern District of Florida, with respect to violations of the enumerated offenses as set forth in Exhibit A (FAMS) and Exhibit B (FBI) that occur in the Southern District of Florida.

It is so ORDERED.

DATED this _____ day of _____ 2026.


_____
HONORABLE CECLILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA



**U.S. Department of Justice**
**Federal Bureau of Investigation**

2030 SW 145th Ave
Miramar, Florida 33027
March 30, 2026

Central Violations Bureau
Operations Manager
P.O. Box 78549
San Antonio, TX 78278

Re: Assignment of Location Code

This letter serves as a formal request for the Central Violations Bureau to assign a location code to the Federal Bureau of Investigation (FBI). Upon issuance of the requested code, our agency will issue U.S. District Court Violation Notices. All resulting cases will be adjudicated in the U.S. District Court for the Southern District of Florida. As evidenced by the signatures below, the FBI has coordinated with the U.S. Attorney's Office to verify and confirm the appropriate prosecutorial jurisdiction. Both the U.S. Attorney and U.S. District Court concur that a location code should be assigned to the agency listed below.

Please use the following contact information when establishing the location code:

Agency name: U.S. Department of Justice -Federal Bureau of Investigation
Agency address: 2030 SW 145th Ave
Agency city: Miramar
Agency state: Florida
Agency zip: 33027
Agency contact 1: SAC Brett Skiles          Phone: 225-806-2932
Email address: bdskiles@fbi.gov
Agency contact 2: ASAC Kurt Taves          Phone: 202-615-3012
Email address: ktaves@fbi.gov

If you have any questions, please contact me at 225-806-2932. Thank you for your assistance with this request.

Sincerely,

Printed Name: SAC Brett Skiles

Signature of U.S. Attorney representative:

Printed Name:                                         Date: 5/18/2026

Signature of presiding judicial officer:

                                                     Date:
Printed Name:



U.S. Department of Homeland Security
**Transportation Security Administration**
6595 Springfield Center Drive
Springfield, Virginia 20598

Central Violations Bureau
Operations Manager
P.O. Box 78549
San Antonio, TX 78278

Re: Assignment of Location Code

This letter is a request from this agency to be issued a location code by the Central Violations Bureau. Upon issuance we will begin to issue U.S. District Court Violation Notices. The cases will be scheduled in the U.S. District Court for the Southern District of Florida. By the signatures below, we have confirmed with the U.S. Attorney's Office the correct prosecutorial jurisdiction. The U.S. Attorney and U.S. District Court concur a location code should be assigned to the agency listed below.

Please use the following contact information when establishing the location code:

Agency name: Transportation Security Administration - Federal Air Marshal Service
Agency address: 13800 NW 14th St., Suite 110
Agency city: Sunrise
Agency state: Florida
Agency zip: 33323
Agency contact 2: SAC Adam Nikaj            Phone: 718-207-5777
Email address: Adam.Nikaj@tsa.dhs.gov
Agency contact 2: ASAC Jennifer Larson      Phone: 347-255-7744
Email address: Jennifer.Larson@tsa.dhs.gov

If you have any questions, please contact me at 718-207-5777. Thank you for your assistance with this request.

Sincerely,

_____
Printed Name: SAC Adam Nikaj

Signature of U.S. Attorney representative:

_____        Date: _5/8/2026_____
Printed Name:

Signature of presiding judicial officer:

_____        Date: _____
Printed Name: